# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MELISSA MALLEY

VERSUS

ALICIA CONOR CRYER, GO AUTO
INSURANCE COMPANY, AND
PROGRESSIVE SECURITY
INSURANCE COMPANY (UM)

NO.  2025 CW 0877

**DECEMBER 30, 2025**

---

In Re:     Progressive  Security  Insurance  Company,  applying  for
supervisory  writs,  21st  Judicial  District  Court,
Parish of Tangipahoa, No. 20223533.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT